In the United States District Court
For the Northern District of Illinois
Eastern Division

| | |
|---|---|
| Todd Diederich, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Middle Brow Beer Co., Peter Ternes, | ) |
| Unknown Owners of Middle Brow | ) |
| Beer Co. | ) |
| Defendant. | ) |

**VERIFIED COMPLAINT**

NOW COMES the Plaintiff, Mr. Todd Diederich, by and through his attorney, Gabriel Benjamin Galloway, and submits his complaint in this action, making the following allegations of fact:

**FACTS AND ALLEGATIONS**

1. Plaintiff Todd Diederich is a professional photographer working in Chicago, Illinois.

2. Defendant Middle Brow Beer Co. ("Middle Brow") is a manufacturer of craft beer located in and doing business in Chicago, Illinois.

3. On information and belief Middle Brow Beer Co. is not a corporate entity distinct from its owners.

4. Defendant Peter Ternes is an owner of Middle Brow Beer Co.

5. On information and belief, there are other Unknown Owners of Middle Brow Beer Co., and these persons are named as Defendants in this suit.

6. On or about March 1, 2015 Middle Brow launched a variety of beer named

"Summer In Pain."

7.   Middle Brow has sold this variety of beer in stores throughout the city of Chicago.

8.   The label and marketing materials Middle Brow printed and used in commerce to sell this beer feature a photograph taken by Todd Diederich.

9.   Todd Diederich is also the copyright holder of the image Middle Brow placed on the label and marketing materials for this variety of beer.

10.  Todd Diederich did not license this image to Middle Brow for such a use or for any use at all.

11.  On April 13, 2015 Mr. Diederich, through his counsel, informed Middle Brow that the he held the copyright on the image in question, and that Middle Brow's use of the image constituted infringement.

12.  Middle Brow continues to make use of the labels bearing the copyrighted image and continues to sell the beer bearing these labels.

## JURY DEMAND

13.  Per F.R.C.P. 38(b), Plaintiff demands trial by jury.

## CAUSE OF ACTION

### Count I: Copyright Infringement

14.  Todd Diederich created the image in question and owns the copyright of that image.

15.  Middle Brow has no license to use the image in any way

16.  Middle Brow has made use of the image in a commercial endeavor.

17.  Middle Brow has been put on notice that their use of the image infringes on

Diederich's copyright.

18. Having been so put on notice, Middle Brow continues to use the image in a commercial endeavor, thereby willfully infringing upon Plaintiff's copyright.

**PRAYER FOR RELIEF**

19. Plaintiff respectfully requests that this court grant the following relief:

    a. Statutory damages as provided by the Copyright Act in a sum not more than $150,000.00 for any willful infringement;

    b. Compensatory damages in the value of all profits made by the Defendant as a result of the infringing use, in addition to all actual damages suffered by Plaintiff as a result of the infringement.

    c. Reasonable attorneys fees and the costs associated with this litigation.

    d. Any other relief this court deems appropriate.

    BY: /s/Gabriel Benjamin Galloway

Gabriel Benjamin Galloway
Your Neighborhood Lawyer
3281 West Wrightwood Avenue
Chicago, Illinois 60647
(773) 230-8105
gallowayesq@gmail.com

## VERIFICATION

I have read the foregoing document and per 28 U.S.C. § 1746 I verify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

dated: 5-8-2015           BY: _____

Gabriel Benjamin Galloway
Your Neighborhood Lawyer
3281 West Wrightwood Avenue
Chicago, Illinois 60647
(773) 230-8105
gallowayesq@gmail.com